# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ALBERTA GRAY, ON BEHALF OF
HER MINOR CHILD, MCKENZIE C.
LEE

NO.  2023 CW 0284

VERSUS

EAST BATON ROUGE SCHOOL
BOARD

**JUNE 14, 2023**

---

In Re:    East  Baton  Rouge  School  Board,  applying  for
          supervisory  writs,  19th  Judicial  District  Court,
          Parish of East Baton Rouge, No. 703779.

---

**BEFORE:    GUIDRY, C.J. McCLENDON, AND HOLDRIDGE JJ.**

   **WRIT DENIED ON THE SHOWING MADE**

**JMG**
**PMc**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY/CLERK OF COURT
FOR THE COURT